# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 26, 2012

Lyle W. Cayce
Clerk

No. 12-30180
Summary Calendar

LISA LADWIG,

Plaintiff - Appellant

v.

THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL COLLEGE,

Defendant - Appellee

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV-1006

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the following reasons.

This federal cause of action seeks damages authorized by Titles I and II
of the Americans With Disabilities Act, 42 U.S.C. § 12102. Plaintiff's problem
is that she has not brought to the court evidence required by law to meet the
statutory terms for the legal action. She has not shown evidence of disability,
because that means to suffer the limitation of a major life activity; and her

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

sleeping and thinking is not that disabling. Nor has she shown that she is qualified to perform her employment or that she suffered an adverse employment action, even assuming her assistantship qualifies as that employment. She fails to present material evidence of denial of accommodation, or any evidence of discrimination or intent to inflict emotional distress.

AFFIRMED.